The People of the State of New York, Respondent,
against
Junior Sarita-Sanchez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J.), rendered October 26, 2016, after a nonjury trial, convicting him of driving while impaired by alcohol, and imposing sentence.




Per Curiam.
Judgment of conviction (Felicia A. Mennin, J.), rendered October 26, 2016, affirmed.
Defendant's conviction of driving while impaired (see Vehicle and Traffic Law § 1192[1]) was supported by legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility (see People v Danielson, 9 NY3d 342, 348-349 [2007]). The credited police testimony showed that, after being stopped for driving through a steady red light, defendant exhibited signs of intoxication - his eyes were bloodshot and glassy, his breath had a strong odor of alcohol, and he was unsteady on his feet (see People v Cruz, 48 NY2d 419, 426-427 [1979], appeal dismissed 446 US 901 [1980]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2019